PROB 12C
(6/16)

Report Date: May 29, 2020

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Georgie Elaine Russell | Case Number: 0980 2:20CR00012-EFS-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Brian Morris, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 22, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Theft From an Indian Tribal Government Receiving Federal Grants, 18 U.S.C. § 666(a)(1)(A); False Statements Regarding Federal Funding, 18 U.S.C. § 1001(a)(3) | | |
| Original Sentence: | Prison - 18 months<br>TSR - 24 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R.. Barker | Date Supervision Commenced: | September 13, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | September 12, 2024 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: On January 22, 2020, Georgie Russell is alleged of being in violation of her supervised release conditions for being stopped by law enforcement in Vaughn, Montana, which she failed to report.<br><br>On September 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Russell, as outlined in the judgment and sentence.  She signed the judgment acknowledging the requirements.<br><br>On January 23, 2020, the undersigned officer received notification from a Montana law enforcement officer who advised that the offender had been contacted at approximately 11:30 p.m. on January 22, 2020.<br><br>According to the information received, the offender submitted to Breathalyzer testing after being stopped and provided a breath sample of .085 BAC.  This officer was also notified that a subsequent search of the vehicle Ms. Russell was driving revealed approximately 231.6 grams (a half pound) of methamphetamine and bottles of alcohol. |

Prob12C
**Re: Russell, Georgie Elaine**
**May 29, 2020**
**Page 2**

        Ms. Russell made no attempt to contact this officer, either via phone or text message, to advise of her contact with law enforcement.

2      **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

      **Supporting Evidence**: On January 22, 2020, Georgie Russell is alleged of being in violation of her supervised release conditions by being found in the company of Henry S. Ramirez, a federally convicted felon, without prior authorization.

      On September 16, 2019, an officer with the U.S. Probation Office in Spokane reviewed a copy of the conditions of supervision with Ms. Russell, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

      On January 23, 2020, this officer received notification that Ms. Russell had been contacted by law enforcement in Vaughn, Montana. The offender was contacted with Henry S. Ramirez, who admitted to officers that he had been federally incarcerated "for transporting 20 pounds of methamphetamine." According to Mr. Ramirez, he is engaged in services through Revive Counseling and Ms. Russell is his case manager.

      Ms. Russell has never requested authorization to associate with Henry S. Ramirez, nor did she mention that he would be accompanying her to Montana when she requested a travel pass from the U.S. Probation Office.

3      **Standard Condition #4**: You must answer truthfully the questions asked by your probation officer.

      **Supporting Evidence**: On January 21, 2020, Georgie Russell is alleged of being in violation of her supervised release conditions by submitting a travel request to the U.S. Probation Office with information that was untruthful.

      On September 16, 2019, an officer with the U.S. Probation Office in Spokane reviewed a copy of the conditions of supervision with Ms. Russell, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

      On January 14, 2020, the offender submitted a travel request form to the U.S. Probation Office requesting to travel to Havre, Montana, from January 16 through January 20, 2020, to "clean storage and paint mom's house."

      On January 15, 2020, this officer contacted Ms. Russell to inform her that her request to travel on January 16, 2020, was denied because she had failed to submit the request at least 10 days prior to travel. The undersigned officer did although advise the offender that she could change her travel dates and this officer would honor the travel request she submitted, so Ms. Russell requested to instead travel to Montana from January 23 to January 27, 2020.

Prob12C
**Re: Russell, Georgie Elaine**
May 29, 2020
Page 3

On January 21, 2020, Ms. Russell sent this officer a text message advising that her uncle had passed away and requested authorization to again modify her travel dates to reflect travel on January 22 to January 26, 2020. The undersigned officer informed Ms. Russell that because so many changes had been made to the original travel request, she would need to report to the U.S. Probation Office to provide a complete and up to date request.

On January 21, 2020, the offender reported to the U.S. Probation Office as instructed to submit an updated travel request. Before accepting the request, this officer verified all elements of the proposed travel with Ms. Russell and she verified the information provided.

On January 23, 2020, the undersigned officer received notification from a Montana law enforcement officer that the offender had been contacted on January 22, 2020. According to the information received, Ms. Russell was accompanied by Henry S. Ramirez in a Mercury MKZ (license #12-7077D) that was discovered to be registered to Ms. Russell's daughter.

According to the information the offender provided in her travel request, she claimed that she would be traveling to Havre, Montana, in a Dodge Dart (license #BJT116) alone. Based on the information received from law enforcement, Ms. Russell was not truthful in the information she provided to the U.S. Probation Office.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/29/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

5/29/2020
Date